AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re:  LLS AMERICA, LLC,
                              Debtor

BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,
                              Plaintiff,
           v.

BARRY STANFORD,
                              Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-425-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
1. Monetary Judgment in the amount of CAD $801,360.00.
2. Transfers in the amount of CAD $372,800.00 made to Defendant within 4 years prior to Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same.
3. Transfers in the amount of CAD $428,560.00 made to Defendant more than 4 years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same.
4. All said transfers to Defendant Barry Stanford are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Barry Stanford for the benefit of the estate of LLS America.
5. All proofs of claim of the Defendant which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendant Barry Stanford or their affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings are hereby disallowed and subordinated to the monetary judgment granted herein and Defendant Barry Stanford shall not be entitled to collect on their proofs of claim until the monetary judgment is satisfied by Defendants Zdenek and Vera Slanina in full.
6. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America.
7. Plaintiff is awarded costs in the amount of $250.00 USD, for a total judgment of CAD $801,360.00, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

December 7, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson