AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

In Re: LLS AMERICA, LLC

*Debtor,*

BRUCE P. KRIEGMAN, solely in his capacity as the court-appointed Chapter 11 Trustee for LLA America, LLC,

*Plaintiff*

v.

BARRY SANFORD,

*Defendant*

)
)
)
)
)
)

Civil Action No. 2:12-cv-00425-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2022

SEAN F. McAVOY, CLERK

## AMENDED JUDGMENT IN A CIVIL ACTION

☑ other: The Judgment is extended for ten (10) years from December 7, 2022. Interest will continue to accrue at the rate of the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System. Pursuant to RCW 6.17.020(3), 4.64.030(2)(a), the following is included on the amended judgment:

**Judgment Creditor:** Plaintiff Bruce P. Kriegman solely in his capacity as the court-appointed Chapter 11 Trustee for LLS America, LLC and the Liquidating Trustee under the Liquidating Trust made pursuant to the Chapter 11 Trustee's and Official Committee of Unsecured Creditor's Second Modified Plan of Liquidation dated as of November 27, 2012

| | |
|---|---|
| **Attorney for Judgment Creditor:** | Witherspoon Kelley |
| **Judgment Debtor:** | Barry Stanford |
| **Amount Outstanding of Judgment:** | $786,258.95 CAD |
| | $ 250.00 USD |
| **Interest under Judgment:** | $ 14,168.08 USD |
| (12/08/2012 – 10/14/2022) | |
| (.18% for 3,598 days) | |
| **Recoverable Costs – Application Fee:** | $ 402.00 USD |
| **New Total Judgment:** | $786,258.95 CAD |
| | $ 14,820.08 USD |
| **Interest Rate:** | .18% per annum |

☑ decided by Judge        Rosanna Malouf Peterson

Date: 11/18/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
            (By) Deputy Clerk

Courtney Piazza